# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00710-CV

**Michelle Jahner, Appellant**

**v.**

**Mark Jahner, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. 98-12325, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michelle Jahner and appellee Mark Jahner have filed a "Joint Motion to Vacate Order and Remand." The parties have informed this Court that they have settled all matters in dispute and request that this Court vacate the August 8, 2002, final judgment and remand the cause to the trial court for entry of an order in conformity with the mediated settlement agreements executed by the parties. We grant the motion, vacate the judgment, and remand for rendition of a judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(2)(B) (in accordance with parties' agreement, court may set aside trial court judgment and remand to trial court for rendition of judgment in accordance with agreement).

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Patterson

Dismissed on Joint Motion

Filed:   August 14, 2003